1

2

3

4

5

6

7

8

9   **UNITED STATES DISTRICT COURT**

10   **EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11   CHRIS PYARA on behalf of himself, others similarly situated, and the general public, | Case No.:  2:15-cv-01208-JAM-KJN |
| 12 | [Honorable John A. Mendez, Crtm. 6] |
| 13                          Plaintiffs, | **ORDER ON STIPULATION TO** |
| 14         vs. | **CONTINUE CLASS** |
| 15 | **CERTIFICATION HEARING DATE** |
| 16   SYSCO CORPORATION; SYSCO SACRAMENTO, INC. and DOES 1 through 100, | **AND ALL RELATED DEADLINES** |
| 17 | **(AS MODIFIED BY THE COURT)** |
|    |                          Defendants. | Action Filed: April 13, 2015 |
| 18 | Action Removed: June 4, 2015 |

19        Good   cause   appearing   therefore,   the   hearing   date   on   Plaintiff's   class

20   certification motion is continued by one-hundred-and-twenty (120) days from June 14,

21   2016 to October 18, 2016 at 1:30 p.m.

22        IT IS SO ORDERED.

23

    Dated: April 15, 2016

24

25                                         /s/ John A. Mendez_____

26                                         Hon. John A. Mendez
                                           United States District Court Judge

27

28

[PROPOSED] ORDER ON STIPULATION TO CONTINUE CLASS CERTIFICATION
HEARING DATE AND ALL RELATED DEADLINES