# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PYARA, on behalf of himself, all others similarly situated, and on behalf of the general public<br><br>Plaintiff,<br><br>v.<br><br>SYSCO CORPORATION; SYSCO SACRAMENTO, INC., a California Corporation and DOES 1-100,<br><br>Defendants. | Case No. 2:15-cv-01208-JAM-KJN<br><br>**ORDER GRANTING PLAINTIFF'S EX-PARTE APPLICATION TO EXTEND CLASS CERTIFICATION HEARING DATE AND ALL RELATED DEADLINES**<br><br>Date: TBD<br>Time: TBD<br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br><br>**Action Filed:** April 13, 2015<br>**Action Removed:** June 4, 2015<br>**Trial Date:** None Set |

Having read and considered Plaintiff's Ex-Parte Application to Extend the Class Certification Hearing Date and All Related Deadlines by sixty (60) days, and good cause appearing, Plaintiff's Ex-Parte Application is **GRANTED** and **IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Class

Certification is continued from December 13, 2016 at 1:30 p.m. to February 7, 2017 at 1:30 p.m. All related filing deadlines are continued accordingly.

**IT IS SO ORDERED.**

Date: 11/10/2016                                                  /s/ John A. Mendez_____

                                                  Hon. John A. Mendez
                                                  United States District Court Judge