UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PYARA on behalf of himself, all others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>SYSCO CORPORATION; SYSCO SACRAMENTO, INC., a California Corporation; and DOES 1-100,<br><br>Defendants. | Case No.: 2:15-CV-01208-JAM-KJN<br><br>[Honorable John A. Mendez]<br><br>**ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A (PROPOSED) ORDER RE THE COURT'S ORDER DENYING PLAINTIFF CHRIS PYARA'S MOTION FOR CLASS CERTIFICATION**<br><br>[Concurrently filed with Stipulation To Extend The Deadline To Submit A (Proposed) Order Re The Court's Order Denying Plaintiff Chris Pyara's Motion For Class Certification]<br><br>Action Filed:     April 13, 2015<br>Action Removed:  June 4, 2015<br>Trial Date:        None Set |

0

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

**TO THE PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

The Court, having read and considered the Stipulation To Extend The Deadline To Submit A (Proposed) Order Re The Court's Order Denying Plaintiff Chris Pyara's Motion For Class Certification, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Stipulation is GRANTED and the deadline to submit a (Proposed) Order Denying Plaintiff Chris Pyara's Motion for Class Certification is continued to March 28, 2017.

IT IS SO ORDERED.

Dated: 3/14/2017          /s/ John A. Mendez_____
                          HONORABLE JOHN A. MENDEZ
                          UNITED STATES DISTRICT COURT JUDGE

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

2

[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO SUBMIT A (PROPOSED) ORDER RE THE COURT'S ORDER DENYING PLAINTIFF CHRIS PYARA'S MOTION FOR CLASS CERTIFICATION
CASE NO.: 2:15-CV-01208-JAM-KJN